NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AHMED M. YOUNIES,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3031

---

Petition for review of the Merit Systems Protection Board in case no. SF315H100492-I-1.

---

## ON MOTION

---

## ORDER

The Department of Labor moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent. Ahmed M. Younies moves for an extension of time to file his opening brief.

The court notes that Younies subsequently filed his brief on time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above.

(2) The motion for an extension of time is moot. The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAR 0 7 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Bryan J. Schwartz, Esq.
L. Misha Preheim, Esq.
Katherine Smith, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 7 2011

JAN HORBALY
CLERK